ECO-040-E

No. 22-1560

UNITED STATES OF AMERICA

v.

MOSHE PORAT,
       Appellant

(E.D. Pa. No. 2-21-cr-00170-001)

Present: KRAUSE and FISHER, <u>Circuit Judges</u>

1. Emergency Motion by Appellant for Stay of Surrender Date, Bail Pending Appeal, and Stay of Fine
2. Response by Appellee USA to Emergency Motion for Stay of Surrender Date, Bail Pending Appeal, and Stay of Fine;
3. Reply by Appellant Moshe Porat In Further Support of Emergency Motion for Stay of Surrender Date, Bail Pending Appeal, and Stay of Fine.

                Respectfully,
                Clerk/tmm

## ORDER

The foregoing motion is granted. While we give respectful consideration to the reasoning of the trial judge, "because of the crucial nature of the defendant's liberty interest and the clear public interest that is at stake," we are required to "independently determine" whether the defendant is entitled to bail pending appeal. *United States v. Strong*, 775 F.2d 504, 505 (3d Cir. 1985) (internal quotation omitted).

Here, the District Court provided a thoughtful and reasonable explanation for its conclusion that the defendant had failed to establish a "substantial question," 18 U.S.C. § 3143(b)(1)(B), such that bail pending appeal should be denied. On appeal, however, with the benefit of far more substantial briefing, we are persuaded the question is at least "fairly debatable" by "jurists of reason." *United States v. Smith*, 793 F.2d 85, 88-89 (3d Cir. 1986) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n. 4 (1983)). We offer no position on the merits of that question or on Appellant's likelihood of success on appeal.

Because Appellant's appeal raises a substantial question, we also find that a stay of fine is "appropriate." Fed. R. Crim. P. 38(c). The above-referenced Emergency Motion is therefore granted. Appellant's surrender date and fine are hereby stayed, and the District Court is instructed to order Appellant's release pending appeal on conditions to be set pursuant to 18 U.S.C. §§ 3143(b)(1)(B) and 3142(b)-(c).

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: May 6, 2022
Tmm/cc: Mark B. Dubnoff, Esq.
Nancy E. Potts, Esq.
Mary Teresa Soltis, Esq.
Theodore D. Sampsell-Jones, Esq.
Alexandra A.E. Shapiro, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk