UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1560

MOSHE PORAT,
Appellant

v.

UNITED STATES OF AMERICA

(E.D. Pa. No. 2-21-cr-00170-001)

Present:  KRAUSE, PHIPPS and CHUNG, Circuit Judges

_____ORDER_____

　　The parties are hereby ordered to coordinate the filing of Appellant's pre-sentence report with this Court, on or before May 12, 2023. Such filing shall be made and maintained under seal.

　　　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　　s/ Cheryl Ann Krause
　　　　　　　　　　　　　　　　　　　　　　Circuit Judge

Dated: May 8, 2023
Tmm/cc: Mark B. Dubnoff, Esq.
Nancy E. Potts, Esq.
Mary Teresa Soltis, Esq.
Theodore D. Sampsell-Jones, Esq.
Alexandra A.E. Shapiro, Esq.