<u>1:30 P.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>THURSDAY, MAY 18, 2023</u>

<u>Coram: KRAUSE, PHIPPS and CHUNG, Circuit Judges</u>

<u>No. 22-1560</u>

UNITED STATES OF AMERICA
v.
MOSHE PORAT,
Appellant

| <u>Counsel for Appellant</u> | <u>Counsel for Appellee</u> |
|---|---|
| ALEXANDRA A. E. SHAPIRO | MARK B. DUBNOFF |
| (45 minutes per Court) | (45 minutes per Court) |