No. 22-1560

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

UNITED STATES OF AMERICA,

*Appellee*,

v.

MOSHE PORAT,

*Defendant-Appellant*.

_____

**UNOPPOSED MOTION OF DEFENDANT-APPELLANT
MOSHE PORAT FOR EXTENSION OF TIME IN WHICH TO PETITION
FOR REHEARING AND/OR REHEARING EN BANC**

Appeal from the United States District Court
for the Eastern District of Pennsylvania, No. 21 Cr. 170
Before the Honorable Gerald J. Pappert

>Alexandra A.E. Shapiro
>Theodore Sampsell-Jones
>Avery D. Medjuck
>SHAPIRO ARATO BACH LLP
>1140 Avenue of the Americas,
>17th Fl.
>New York, New York 10036
>Telephone: (212) 257-4880
>Facsimile: (212) 202-6417
>ashapiro@shapiroarato.com
>tsampselljones@shapiroarato.com
>amedjuck@shapiroarato.com
>
>*Attorneys for Defendant-Appellant
>Moshe Porat*

Pursuant to Federal Rule of Appellate Procedure 27(a) and 3d Cir. L.A.R. 27, Appellant Moshe Porat hereby moves for an extension of time in which to petition for panel rehearing and/or rehearing en banc. Appellant respectfully requests that the Court extend the deadline by 30 days, to September 20, 2023. The government does not oppose this request.

1.    On August 7, 2023, this Court entered a judgment and filed a precedential opinion affirming the Appellant's convictions. Additionally, Judge Krause filed a separate concurring opinion.

2.    Unless an extension is granted, the current deadline to petition for panel and/or en banc rehearing would be August 21, 2023.

3.    This was a complex case involving novel theories of wire fraud. The trial lasted 10 days, and the appendices filed on appeal totaled over 1,600 pages. Recognizing the difficult issues involved in the appeal, this Court allotted the parties each forty-five minutes of time for oral argument. (Dkt. 61). Oral argument, which was held on May 18, 2023, lasted more than two hours.

4.    Since the issuance of the judgment, the undersigned has reviewed the Court's opinion and Judge Krause's concurrence and has had preliminary discussions with Appellant regarding the same. Appellant seeks to extend the deadline to file a petition for rehearing in order to ensure that undersigned counsel has sufficient time to further analyze potential issues for rehearing in this complex

appeal, to confer with Appellant about them and, if Appellant decides to petition for rehearing, to prepare the petition.

5. Additionally, lead counsel for Appellant is out of the country until the evening of August 14, and has significant personal obligations on August 15 and 16.

6. Accordingly, Appellant respectfully requests a 30-day extension of the deadline within which he must file any petition for rehearing, from August 21, 2023 to September 20, 2023.

7.　　The government does not object to this request and will not be filing a response to this motion. This is Appellant's first request for this relief.

Dated:　　August 10, 2023
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Alexandra A.E. Shapiro

　　　　　　　　　　　　　　　　　　Alexandra A.E. Shapiro
　　　　　　　　　　　　　　　　　　Theodore Sampsell-Jones
　　　　　　　　　　　　　　　　　　Avery D. Medjuck
　　　　　　　　　　　　　　　　　　SHAPIRO ARATO BACH LLP
　　　　　　　　　　　　　　　　　　1140 Avenue of the Americas,
　　　　　　　　　　　　　　　　　　17th Fl.
　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　Telephone: (212) 257-4880
　　　　　　　　　　　　　　　　　　Facsimile: (212) 202-6417
　　　　　　　　　　　　　　　　　　ashapiro@shapiroarato.com
　　　　　　　　　　　　　　　　　　tsampselljones@shapiroarato.com
　　　　　　　　　　　　　　　　　　amedjuck@shapiroarato.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant-Appellant Moshe Porat*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the foregoing document to be electronically filed with the CM/ECF system pursuant to Local Rules 27.2(a) and 113.1(a) which accomplishes service on all parties to this action pursuant to Local Rules 27.2(b) and 113.4(a). The foregoing document is available for viewing and downloading from the ECF system.

Date: August 10, 2023

                                                /s/ Alexandra A.E. Shapiro
                                                Alexandra A.E. Shapiro